FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH DORAND,<br><br>Defendants. | CASE No. CR 07-<br><br>NOTICE TO COURT<br>OF RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 224)<br><br>**SA CR 07 - 00245** |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Anton Nesheiwat</u>, Case No. <u>SA CR 06-256-CJC</u>, which:

__X__    was previously assigned to the Honorable __CORMAC J. CARNEY__;

_____    have not been previously assigned.

The above-entitled cases may be related for the following reasons:

_____ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

_____ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

<u>Additional explanation (if any)</u>:

DATED:  November 6, 2007

/s/ Jennifer Waier

JENNIFER WAIER

Assistant United States Attorney

(NOTICE FRM - 6/98)